IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN MCMILLAN,<br><br>                      Plaintiff,<br><br>v.<br><br>S. RINGLER, et al.,<br><br>                      Defendants. | Case No. 13-cv-00578-MCE-KJN (PC)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO COMPLY WITH ORDER ON PLAINTIFF'S MOTION TO COMPEL |

   Before the Court is Defendants' Ex Parte Application For Extension of Time to Comply With Order on Plaintiff's Motion to Compel.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. The application (ECF No. 72) is granted; and

   2. Defendants' response to Plaintiff's Requests for Production of Documents Nos. 28, 29, and 30-33, as modified by the Court's Order (ECF No. 70), is extended through January 19, 2017.

Dated:  December 23, 2016

/mcmi0578.ext

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE