UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN MCMILLAN,<br><br>          Plaintiff,<br><br>   v.<br><br>S. RINGLER, et al.,<br><br>          Defendants. | No. 2:13-cv-0578 MCE KJN P<br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file an opposition to defendants' May 5, 2017, motion for summary judgment. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 82) is granted; and

2. Plaintiff is granted up to and including July 31, 2017, in which to file an opposition to the motion for summary judgment. No further extensions of time will be granted.

Dated: July 12, 2017

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

/mcmi0578.36.sec