## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN McMILLAN,
        Plaintiff,                    No. 2:13-cv-0578 MCE KJN P

    vs.

S. RINGLER, et al.,
        Defendants.         **AMENDED ORDER & WRIT OF HABEAS**
                                       /                **CORPUS AD TESTIFICANDUM**

    Edwin McMillan, inmate P-04733, a necessary and material witness in proceedings in this case on June 14, 2018, is confined in Folsom State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at Folsom State Prison, on June 14, 2018, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

    3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Folsom State Prison, 916-351-3086; and

    4. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at (916) 930-4187.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Folsom State Prison, P.O. Box 910, Represa, CA 95671:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: April 11, 2018

mcmi0578.841.vc.kjn

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE