UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN McMILLAN,<br><br>     Plaintiff,<br><br>v.<br><br>S. RINGLER et al.,<br><br>     Defendants. | No. 2: 13-cv-0578 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 14, 2018, the court denied in part and granted in part defendants' summary judgment motion. (ECF No. 105.) On June 14, 2018, the undersigned conducted a settlement conference in this action. This action did not settle.

Accordingly, within thirty days of the date of this order, the parties shall file a Joint Notice of Trial Readiness. The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

////

Accordingly, IT IS HEREBY ORDERED that the parties shall file the Joint Notice of Trial Readiness within thirty days of the date of this order.

Dated: June 21, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mcm578.sch.kc