UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN McMILLAN, | No. 2: 13-cv-0578 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| S. RINGLER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 14, 2018, the court denied in part and granted in part defendants' summary judgment motion. (ECF No. 105.) On June 14, 2018, the undersigned conducted a settlement conference in this action. This action did not settle.

On June 13, 2018, plaintiff filed a motion for leave to file a supplemental complaint and a proposed supplemental complaint. (ECF No. 116.)

Accordingly, IT IS HEREBY ORDERED that defendants shall file a response to plaintiff's motion to file a supplemental complaint within twenty-one days of the date of this order; plaintiff's reply to defendants' response is due within fourteen days thereafter.

Dated: June 21, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mcm578.sup.(kc)

1