1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   EDWIN MCMILLIAN,                    No.  2:13-cv00578-MCE-KJN-P

12              Plaintiff,

13        v.                             **ORDER**

14   S. RINGLER, ET AL.,

15              Defendants.

16

17        Pursuant to the parties' July 20, 2018, Notices of Trial

18   Readiness, the Court makes the following orders.

19        The parties are directed to contact Magistrate Judge

20   Brennan's courtroom deputy for the scheduling of a settlement

21   conference within ten (10) days from the date of this order for

22   the scheduling of the conference.  Counsel are instructed to have

23   a principal with full settlement authority present at the

24   settlement conference or to be fully authorized to settle the

25   matter on any terms.  The parties are ordered to file a joint

26   status report not later than seven (7) days after the conclusion

27   of the settlement conference.  The Clerk's Office is directed to

28   serve a copy of this Order on Judge Brennan's chambers.

                                    1

Due to the Court's trial schedule for the remainder of 2018 and the beginning of 2019, this matter is set for a Status Re: Trial Setting on March 7, 2019, at 2:00 p.m. in courtroom 7. Counsel are ordered to file a joint status report not later than ten (10) days before this hearing.  To expedite resolution of this matter, the parties are reminded of Local Rule 305(a) and may consent to trial before a magistrate judge.

Dated:  July 30, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE