UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN McMILLAN,<br><br>   Plaintiff,<br><br>  v.<br><br>S. RINGLER, et al.,<br><br>   Defendants. | No. 2:13-cv-0578 MCE KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file a reply to the opposition filed in response to his motion for leave to supplement his complaint. Good cause appearing, IT IS HEREBY ORDERED that:

  1. Plaintiff's motion for an extension of time (ECF No. 125) is granted; and

  2. Plaintiff is granted fourteen days from the date of this order in which to file a reply.

Dated: August 9, 2018

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mcmi0578.36