UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN D. McMILLAN,<br><br>        Plaintiff,<br><br>    v.<br><br>S. RINGLER, et al.,<br><br>        Defendants. | No. 2:13-cv-00578-MCE-KJN<br><br>**ORDER** |

On March 29, 2019, this Court issued a Supplemental Pretrial Scheduling Order setting this matter for Final Pretrial Conference on December 5, 2019, and Jury Trial on January 6, 2020. The Court further ordered a Joint Final Pretrial Conference Statement to be filed not later than November 8, 2019. See ECF No. 138.

On November 8, 2019, Defendants filed an Individual Pretrial Statement asserting efforts to contact the Plaintiff, who is no longer incarcerated, have been unsuccessful. See ECF No. 144, fn. 1. Plaintiff has filed nothing whatsoever with the Court since submitting a Notice of Change of Address on May 15, 2019. See ECF No. 139.

Given Plaintiff's failure to participate in the preparation of a Joint Final Pretrial Conference Statement and to ensure that such Statement was filed by November 8, 2019, as required by the March 29, 2019 Order (ECF No. 138), the Court, on its own motion, hereby VACATES the Final Pretrial Conference set for December 5, 2019, as

well as the January 6, 2020 jury trial in this matter.

The Plaintiff is ordered to show cause, in writing and not later than December 2, 2019, why this matter should not be dismissed and or sanctions imposed for Plaintiff's failure to comply with Local Rule 182(f) and this Court's Supplemental Pretrial Scheduling Order.  The Plaintiff is reminded that failure to timely comply with this Order may result in dismissal of the action without further notice from this Court.

IT IS SO ORDERED.

DATED:  November 13, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE