UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN MCMILLAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. RINGLER, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-0578 MCE KJN P<br><br>**ORDER REGARDING POSSIBLE SETTLEMENT CONFERENCE**<br><br>RESPONSE TO ADR DIVISION DUE WITHIN THIRTY DAYS |

During the entire week of May 24, 2021, the Eastern District of California, Fresno and Sacramento Divisions, is hosting Settlement Week, during which judges will conduct settlement conferences. Your case has been identified as potentially appropriate for referral to Settlement Week.

Accordingly, IT IS HEREBY ORDERED that the parties shall, within **30 days** from the date of this order, so inform the court's Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement conference will be beneficial, at the following address, fax number, or email address:

　　　　ADR Division
　　　　Attention: Sujean Park
　　　　US District Court
　　　　501 I Street, Suite 4-200
　　　　Sacramento, CA 95814
　　　　Fax: (916) 288-0051
　　　　email: spark@caed.uscourts.gov

1

1      IT IS SO ORDERED.

2 Dated: March 15, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcmi0578.set.wk