UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN McMILLAN,<br><br>         Plaintiff,<br><br>    v.<br><br>S. RINGLER, et al.,<br><br>         Defendants. | No.  2: 13-cv-0578 KJM KJN P<br><br><br>ORDER |

Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 13, 2021, the undersigned recommended that this action be dismissed for failure to prosecute based on plaintiff's failure to keep the court apprised of his current address.  (ECF No. 162.)

On July 15, 2021, plaintiff filed a notice of change of address.  (ECF No. 163.)

Good cause appearing, IT IS HEREBY ORDERED that the July 13, 2021 findings and recommendations (ECF No. 162) are vacated.

Dated:  July 20, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mcm578.vac

1