UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN McMILLAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. RINGLER, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-0578 KJM KJN P<br><br>ORDER APPOINTING COUNSEL |

　　　Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court finds the appointment of counsel for plaintiff warranted.  Matthew N. Becker has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

　　　Accordingly, IT IS HEREBY ORDERED that:

1. Matthew N. Becker is appointed as plaintiff's counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order on Matthew N. Becker, Becker Law Practice, 333 University Ave., Suite 200, Sacramento, CA 95825.

DATED:  July 22, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE