UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin McMillan,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>S. Ringler et al.,<br><br>　　　　　　Defendants. | Case No 2:13-cv-00578-KJM-KJN<br><br>ORDER<br><br>Next Court Appearance:<br>Final Pretrial Conference @<br>1/13/22 at 2:30pm<br>Courtroom 3; 15th Floor<br>Hon. Judge: Kimberly J. Mueller |

    This Court, having read the request for extension of time, hereby ORDERS that Plaintiff shall file a Joint Pretrial Statement within two weeks of the date of this order; or to file by that same date both a separate Plaintiff's Pretrial Statement and a showing of good cause as to why the Pretrial Statement could not be filed as a Joint Pretrial Statement.  The Joint Pretrial Statement shall be filed on or before January 27, 2022, and the Status Conference set for January 13, 2022 is VACATED and RESET for February 10, 2022 at 2:30 p.m.

DATE:   January 12, 2022.                    _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE